- Warner F. Young, III [VA]
Stephen D. Halfhill [DC, VA & WV]
James T. Bacon [VA, DC & MD]
James C. Allred [1946-2007]
Matthew C. Indrisano [VA]
Matthew G. Williams [VA]
Erin E. Masin [VA, DC, CO]
R. Michael Trumble [VA]

Kenneth W. Curtis [VA, DC & MD]
Kevin P. Childers [VA]
John D. Pellegrin [VA, NY & DC]
Sefton K. Smyth [VA, DC & MD]
*Of Counsel*

11350 RANDOM HILLS ROAD
SUITE 700
FAIRFAX, VIRGINIA 22030
Telephone (703) 352-1300
Fax (703) 352-1301
www.abhylaw.com

*Washington Offices:*
1130 Connecticut Ave. N.W., Ste. 450
Washington, D.C. 20036

*Maryland Offices:*
611 Rockville Pike, Suite 100
Rockville, MD 20852

*Prince William County Offices:*
9248 Mosby St., Ste 200
Manassas, VA 20110

January 15, 2019

Office of Foreign Assets Control
Office of the Director
US Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

    Re:   Antoine Ajaka
            Ani Ajaka, a/k/a Anni Beurklian

    The undersigned represents Antoine Ajaka and his wife, Ani Ajaka, a/k/a Anni Beurklian. They were designated by the Office of Foreign Assets as proliferators of weapons of mass destruction and put on the Specially Designated Nationals List on July 25, 2018.

    We contest that the Ajakas qualify as proliferators of weapons of mass destruction, and I would like to discuss this matter with you further before submitting a more formal petition. Please let me know a convenient time to coordinate a conference. I would prefer to meet in person, and I am happy to meet at your offices.

    I look forward to hearing from you at your earliest convenience.

Very truly yours,

*[signature]*

James T. Bacon

**EXHIBIT 2A**

## Allred, Bacon, Halfhill & Young, PC

Warner F. Young, III (VA)
Stephen D. Halfhill (DC, VA & WV)
James T. Bacon (VA, DC & MD)
James C. Allred (1946-2007)
Matthew C. Indrisano (VA)
Matthew G. Williams (VA)
Erin E. Masin (VA, DC, CO)
R. Michael Trumble (VA)

Kenneth W. Curtis (VA, DC & MD)
Kevin P. Childers (VA)
John D. Pellegrin (VA, NY & DC)
Sefton K. Smyth (VA, DC & MD)
*Of Counsel*

11350 RANDOM HILLS ROAD
SUITE 700
FAIRFAX, VIRGINIA 22030
Telephone (703) 352-1300
Fax (703) 352-1301
www.abhylaw.com

*Washington Offices:*
1130 Connecticut Ave. N.W., Ste. 450
Washington, D.C. 20036

*Maryland Offices:*
611 Rockville Pike, Suite 100
Rockville, MD 20852

*Prince William County Offices:*
9248 Mosby St., Ste 200
Manassas, VA 20110

January 29, 2019

*Federal Express Overnight*

Director FOIA & Transparency:
FOIA/PA Request
Department of the Treasury
1500 Pennsylvania Ave., NW, Annex
Washington, DC 20220

Re:  FOIA Request to U.S. Department of Treasury for all Records, including all Administrative Records and/or briefing material for Antoine Ajaka a/k/a Tony Ajaka and Anni Beurklian a/k/a Anni Ajaka, as both designated pursuant to E.O. 13382 ("OFAC DESIGNATION")

Dear Sir or Ma'am:

This letter is a request ("Request") in accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 in the corresponding department/agency implementing regulations.

### Background

This Request is made by counsel for Antoine Ajaka and Anni Beurklian hereinafter, ("the Ajakas"). The Ajakas are alleged to have provided, or attempted to provide, financial, material, technological, or other support for, or goods or services in support of Amir Katrangi. This Request seeks the entirety of all briefing material and all of the administrative record regarding the Ajakas, and the Lebanon-based Top Technologies SARL entity, also allegedly designated for being owned or controlled by the Ajakas.



EXHIBIT 2B

Director FOIA & Transparency
January 29, 2019
Page 2

## Records Requested

For the purposes of this Request, the term "record" is "any information" that qualifies under 5 U.S.C. § 552(f), and includes, but is not limited to, the original or any full, complete and unedited copy of any log, chart, list, memorandum, note, correspondence, writing of any kind, policy, procedure, guideline, agenda, handout, report, transcript, set of minutes or notes, video, photo, audio recordings, or other material. The term "record(s)" also includes, but is not limited to, all relevant information created, stored, received or delivered in any electronic or digital format, e.g., electronic mail, instant messaging or Facebook Messenger, IMessage, text messages or any other means of communication, and any information generated, sent, received, reviewed, stored or located on a government *or private* account or server, consistent with the holdings of *Competitive Enterprise Institute v. Office of Science and Technology Policy*, No. 15-5128 (D.C. Cir. July 5, 2016) (rejecting agency argument that emails on private email account were not under agency control, and holding, "If a department head can deprive the citizens of their right to know what his department is up to by the simple expedient of maintaining his departmental emails on an account in another domain, that purpose is hardly served.").

For purposes of this Request, the term "briefing" includes, but is not limited to, any in-person meeting, teleconference, electronic communication, or other means of gathering or communicating by which information was conveyed to one or more person(s).

We seek all records and/or briefing material, including the entire Administrative record referring, relating, or pertaining to any connection between the Ajakas and the alleged Lebanon-based Syria's Scientific Studies and Research Center ("SSRC") Procurement Network: Electronics Katrangi Trading ("EKT"), all of EKT's network which has allegedly provided, or attempted to provide, any financial, material, technological, or other support for, or goods or services in support of the SSRC including SSRC and/or Electronic Systems Group ("ESG"), NKtronics, Smart Pegasus, Lumière Elysées, Smart Green Power, and/or Al Amir Electronics. We seek all records and/or briefing material, including the administrative record, to support any allegation that the Ajakas conspired to commit export violations, conspired to defraud the United States, engaged in any illegal provision of services to Syria, including, but not limited to, smuggling, conspiracy to commit to obstruct justice, and any mail fraud. In addition, we seek any records and/or briefing material, including the administrative record, to support any allegation that the Ajakas were involved in a sophisticated scheme to illegally export electronics, computer equipment, and/or electrical switches to enhance Syria's capacity to produce Weapons of Mass Destruction.

## Conclusion

If this Request is denied in whole or in part, the Ajakas request that, within the time requirements imposed by FOIA, you support all denials by reference to specific FOIA exemptions and provide any statutorily or judicially required explanatory information, including but not limited to a Vaughn Index.

Moreover, we submit that the Ajakas are entitled to expedited processing of this Request as well as a waiver of all fees associated with it, so please let me know if you disagree with my request. The

Director FOIA & Transparency
January 29, 2019
Page 3

Ajakas reserve the right to appeal a decision to withhold any information sought by this request and/or to deny the separate application for expedited processing and waiver of fees.

    Thank you for your prompt consideration of this Request. Please furnish all applicable records and direct any responses to me at the above address

Very truly yours,

James T. Bacon

cc: Autoine Ajaka
    Anni Beurkllan

# Allred, Bacon, Halfhill & Young, PC

Warner F. Young, III [VA]
Stephen D. Halfhill [DC, VA & WV]
James T. Bacon [VA, DC & MD]
James C. Allred [1946-2007]
Matthew C. Indrisano [VA]
Matthew G. Williams [VA]
Erin E. Masin [VA, DC, CO]
R. Michael Trumble [VA]

Kenneth W. Curtis [VA, DC & MD]
Kevin P. Childers [VA]
John D. Pellegrin [VA, NY & DC]
Sefton K. Smyth [VA, DC & MD]
*Of Counsel*

11350 RANDOM HILLS ROAD
SUITE 700
FAIRFAX, VIRGINIA 22030
Telephone (703) 352-1300
Fax (703) 352-1301
www.abhylaw.com

*Washington Offices:*
1130 Connecticut Ave. N.W., Ste. 450
Washington, D.C. 20036

*Maryland Offices:*
611 Rockville Pike, Suite 100
Rockville, MD 20852

*Prince William County Offices:*
9248 Mosby St., Ste 200
Manassas, VA 20110

February 26, 2019

**VIA FEDERAL EXPRESS**

Andrea Gacki, Director
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W. – Annex
Washington, DC 20220

Caroline Sapp
Sanction Licensing Officer
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W. – Annex
Washington, DC 20220

Re:   *NPW-2018-358540-1; Request for Reconsideration of Designations*

Dear Ms. Gacki and Ms. Sapp:

Pursuant to 31 C.F.R. § 501.807, the following persons and entities (the "Petitioners") hereby request reconsideration and rescission of their July 25, 2018, designations by the Treasury's Office of Foreign Assets Control ("OFAC") as Non-proliferation Designations, and their implementing regulations:

- Tony Ajaka (a/k/a, Antoine Ajaka)
- Anni Beurklian (a/k/a Anni Ajaka)

The grounds for this request will be provided in response to any OFAC questionnaires directed to the Petitioners and will be supported by briefing and evidence volunteered by the Petitioners.

Further, the Petitioners request an expedited schedule of review and reconsideration due to the immediate and, if not promptly addressed, permanent adverse consequences of the designations on their livelihood and affairs. Accordingly, I also request immediate access to the administrative record upon which the challenged designations were based, and to this end, attach my prior letter dated January 29, 2019, seeking the same records, to which no response has yet been provided by OFAC.


EXHIBIT 2C

Andrea Gacki
Caroline Sapp
February 26, 2019
Page 2

Finally, consistent with 31 C.F.R. § 501.807(c) and as previously discussed in my attached letter dated January 15, 2019, I welcome the opportunity to meet at your earliest convenience and further discuss this request for reconsideration and my request for immediate access to the administrative record.

Very truly yours,

James T. Bacon

JTB/mlk
Enclosures