**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTOINE AJAKA, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:19-cv-01542 (CJN) |
| ANDREA M. GACKI, Director of the Office of Foreign Assets Control, Department of the Treasury, et al., | |
| *Defendants*. | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 18, is **DENIED**; it is further

**ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 18, is **GRANTED**; it is further

**ORDERED** that judgment is entered for the Defendants.

This Order constitutes a final judgment of the Court under Federal Rule of Civil Procedure 58(a).  The Clerk of Court is **DIRECTED** to terminate the case.

This is a final appealable Order.


DATE:  August 17, 2021

_____
CARL J. NICHOLS
United States District Judge